UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHAWN DRUMGOLD                    )
                                  )
                Petitioner,       )
                                  )    Civil Action No. 97-11607-NG
        v.                        )
                                  )
LARRY E. DUBOIS.                  )
                                  )
                Respondent.       )

ORDER ON MOTION FOR FUNDS FOR AN INVESTIGATOR (Docket No. 65)

The instant habeas action was filed in 1997 by attorney
Rosemary C. Scapicchio on behalf of petitioner Shawn Drumgold.
At a status conference held on April 11, 2001, the parties agreed
to stay the case and the case was closed.  Now before the Court
is petitioner's Motion for Funds for an Investigator (Docket No.
65).  No opposition has been filed.

Petitioner files this motion seeking this Court's approval
for payment from the Commonwealth's "Indigent Court Cost Fund."
The motion alleges that CPCS will not disburse funds "without an
allowed motion from the court."  However, the applicable statute
requires approval from state court, not federal court.

The motion does not reference the specific statutory
provisions for the "Indigent Court Cost Fund."  However, the
Massachusetts statutory provisions for the payment of fees and
costs on behalf of indigent persons are found in G.L. c. 261, §§
27A-G.  Sections 27A- 27D set out the procedures to be followed

1



in cases in which indigency is claimed.  The statute provides that funds may be made available under G.L. c. 261, § 27C(4), only for a "prosecution, defense or appeal."  Commonwealth v. Carter, 429 Mass. 266, 269, 708 N.E.2d 943, 946 (1999) (defendant is not entitled to receive funds to prosecute a motion for a new trial).

It appears that this Court does not have statutory authority to allow the instant motion.  Moreover, petitioner has failed to file a financial affidavit and a statement detailing why these investigative services are necessary.  Accordingly, it is hereby

ORDERED, petitioner's Motion for Funds for an Investigator (Docket NO. 65) is DENIED.


Dated at Boston, Massachusetts, this ___11___ day of April, 2002.

NANCY GERTNER
UNITED STATES DISTRICT JUDGE